UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TIMOTHY JON ROBLES,<br><br>            Defendant. | No. CR-88-316-JLQ<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

      On May 22, 1989, this court sentenced the Defendant on a controlled substance offense to a term of incarceration of 5 years to be followed by a special parole term of 7 years. Those sentences have long since expired and the Defendant is not in custody pursuant to an Order of this court. If the Defendant is now in custody, the court can only assume that such custody is pursuant to the sentence imposed by another court, presumably the District of Hawaii in that the Defendant was arrested therein on charges in that court after this court granted the Government's 1997 request that the Defendant be released from any custody flowing from this court's sentence in order that the Defendant could allegedly cooperate with the Government.

      The Defendant's dispute is with the United States Bureau of Prisons over his release date from a sentence imposed in the District of Hawaii. The Defendant is incarcerated in the state of California. This court has no jurisdiction over that dispute.

      The Defendant's Motion For Reconsideration of this court's August 23, 2005 Order Denying Motion To Correct Sentence, For Writ of Coram Nobis, Or Other Remedy

ORDER - 1

must be and it is hereby DENIED.  The Defendant shall file no further pleadings in this district.

The Clerk of this court shall enter this Order and forward copies to the Defendant at F.C.I., P. O. Box 5700, Adelanto, California 92301.

**DATED** this 3rd day of October 2005.

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2